UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

TWP AMERICA, INC.,

                         Plaintiff,

      - against -

SILVERBACK BOOKS, INC.,

                         Defendant.

----------------------------------------------------------X

**ECF CASE**

AH-3515

Case No.: 08cv7037 (DLC) (RLE)

## COMPLAINT

Plaintiff TWP America, Inc. ("TWP America"), by its attorneys, Clyde & Co US LLP, as and for its Complaint against the defendant Silverback Books, Inc. ("Silverback"), alleges as follows:

### THE PARTIES

1.     TWP America is a domestic corporation organized and existing under the laws of New York with its principal place of business at 84 Wooster Street, New York, New York 10012.

2.     Upon information and belief, Silverback is a foreign corporation organized and existing under the laws of California with its principal place of business at Silverback Books, Inc., 912 Cole Street No. 184, San Francisco, California 94117.

### JURISDICTION AND VENUE

3.     TWP America seeks recovery of $93,728.23 for publishing services performed on behalf of Silverback, plus interest, relevant finance charges and costs pursuant to a series of contracts between them (hereinafter collectively referred to as the "Publishing Contracts").

4.    The Publishing Contracts between Silverback and TWP America was governed by TWP America's Standard Conditions of Sale, a copy of which is attached hereto as Exhibit "A".

5.    Pursuant to the Standard Conditions of Sale incorporated into the Publishing Contracts between TWP America and Silverback, New York law shall govern all disputes arising under the Purchasing Contracts, including those regarding their interpretation and effect. The Standard Conditions of Sale also contain a mandatory and exclusive forum selection clause requiring that all such disputes be determined by the federal and/or state courts of the State of New York.

6.    Jurisdiction in this Court exists pursuant to 28 U.S.C. § 1332 in that this action is a civil action wherein the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs, and is between citizens of a State and a citizen or subject of a foreign state.

7.    Venue in this Court exists pursuant to 28 U.S.C. § 1391(a)(1) and (2) in that the defendant resides in this judicial district pursuant to 28 U.S.C. §1391(c), and a substantial part of the events giving rise to this claim occurred in this judicial district.

**UNDERLYING FACTS**

8.    Between August 2008 and October 2008, Silverback submitted several Purchase Orders for the performance of publishing services by TWP America, Inc., as follows:

| Purchase Order No. | Title | Date |
|---|---|---|
| 807005 | 1 Batter, 50 Cakes | August 24, 2007 |
| 807005 | 1 Noodle, 50 Sauces | August 24, 2007 |
| 807005 | 1 Pan, 50 muffins | August 24, 2007 |
| 807005 | Coffee & Espresso | August 24, 2007 |
| 807005 | Cooking for Two | August 24, 2007 |
| 807005 | Fast Italian | August 24, 2007 |
| 807005 | Oil & Vinegar | August 24, 2007 |
| 807005 | Raclette | August 24, 2007 |

| | | |
|---|---|---|
| 1007001 | An Affair to Remember | October 16, 2007 |
| 1007001 | Silverback Spring 2008 Catalog | October 16, 2007 |
| 1007001 | Danica 2008 Spring Catalog | October 16, 2007 |
| 1007002 | Product Partner Fat Burner | October 16, 2007 |

9.    TWP agreed to perform the Publishing Services requested in the Purchase Orders and thereby entered into contracts with Silverback for the performance of the Publishing Services (the "Publishing Contracts").

10.    TWP performed the Publishing Services set forth in the Publishing Contracts and shipped the requested number of copies of the work to Silverback.

11.    TWP invoiced Silverback for the Publishing Services but, to date, payment for a number of invoices remains outstanding, as follows:

| Invoice No. | Date | Title | Amount |
|---|---|---|---|
| 429737 | October 29, 2007 | Coffee and Espresso | $ 3,041.53 |
| 429738 | October 26, 2007 | Coffee and Espresso | $ 2,177.60 |
| 429739 | October 26, 2007 | Coffee and Espresso | $22,558.22 |
| 429873 | November 9, 2007 | Spring Catalog (Canadian) | $ 3,108.00 |
| 429880 | November 8, 2007 | Spring Catalog (US) | $ 1,271.15 |
| 429887 | November 9, 2007 | Spring Catalog (US) | $ 2,677.75 |
| 429889 | November 12, 2007 | Spring Catalog (US) | $ 1,039.10 |
| 429904 | November 6, 2007 | An Affair to Remember | $15,485.00 |
| 429921 | November 6, 2007 | Spring Catalog (US) | $12,126.80 |
| 430088 | November 30, 2007 | Fat Burner (PB) | $25,948.50 |
| **Total** | | | **$89,433.65** |

12.    Payment of the invoices listed in paragraph 10 is overdue, and finance charges have accrued as follows:

| Invoice No. | Date | Title | Amount |
|---|---|---|---|
| 431119 | March 7, 2008 | Finance Charges | $ 339.55 |
| 443134 | April 3, 2008 | Finance Charges | $1,242.20 |
| 431669 | May 7, 2008 | Finance Charges | $ 894.34 |
| 432010 | June 4, 2008 | Finance Charges | $ 924.15 |
| 432314 | July 4, 2008 | Finance Charges | $ 894.34 |
| **Total** | | | **$4,294.58** |

13.    While Silverback has acknowledged its debt to TWP America, Silverback failed to pay the sums due under the Publishing Contracts and, thus, owes TWP America $93,728.23 pursuant thereto.

### AS AND FOR A FIRST CAUSE OF ACTION
### AS AGAINST SILVERBACK

14.    Silverback entered into valid Publishing Contracts with TWP America, pursuant to which it currently owes a total of $93,728.23.

15.    To date, payment has not been made by Silverback, which is in breach of the terms of the Publishing Contracts.

16.    Wherefore, Silverback has breached the Publishing Contracts and TWP America is entitled to $93,728.23 plus interest and the costs of pursuing this action, and such further relief as this court deems appropriate.

WHEREAS, plaintiff prays for damages against defendant as follows:

1.    $93,728.23 plus all pre-judgment interest accrued;

2.    Reasonable attorneys' fees, costs and expenses incurred in pursuing this action to enforce the Settlement Agreement; and

3.    Such other and further relief as this Court may deem proper, appropriate and just.

4

Dated: New York, New York
         August 7, 2008

                                   Respectfully submitted,

                                   CLYDE & CO US LLP

                                   By _____
                                      Andrew J. Harakas (AH-3515)
                                      Barry S. Alexander (BA-3556)
                                      405 Lexington Avenue
                                      New York, New York 10174
                                      (212) 710-3900

                                      Attorneys for Plaintiff
                                      TWP America, Inc.

To:    Silverback Books, Inc.
       912 Cole Street, No. 184
       San Francisco, California 94117