UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   ECF CASE
TWP AMERICA, INC.,                                          :   AH-3515
                                                            :
                      Plaintiff,                            :   Case No.: 08cv7037 (DLC) (RLE)
                                                            :
        - against -                                         :   **RULE 7.1 STATEMENT**
                                                            :
SILVERBACK BOOKS, INC.,                                     :
                                                            :
                      Defendant.                            :
------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff TWP America, Inc. certifies that Tien Wah Press (PTE) Ltd. owns TWP America, Inc., and that there is no other corporate parent or publicly held corporation that owns 10% or more of its stock.

Dated:   New York, New York
         August 7, 2008

                                              Respectfully submitted,

                                              CLYDE & CO US LLP

                                              By: /s/ Andrew J. Harakas
                                              Andrew J. Harakas (AH-3515)
                                              Barry S. Alexander (BA-3556)
                                              405 Lexington Avenue
                                              New York, New York 10174
                                              (212) 710-3900

                                              Attorneys for Plaintiff
                                              TWP America, Inc.